Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−16205−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent Valenti | Olivia Valenti |
| 510 DeRose Lane | 510 DeRose Lane |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
  xxx−xx−1696                                               xxx−xx−1665

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/4/23
Time:          10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 15, 2023
JAN: wdr

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court