Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16205−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent Valenti | Olivia Valenti |
| 510 DeRose Lane | 510 DeRose Lane |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
   xxx−xx−1696                                    xxx−xx−1665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/3/24 at 09:00 AM

to consider and act upon the following:

28 − Motion to Approve Loan Modification with Freedom Mortgage Corporation Filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 12/14/2023. (Attachments: # 1 Proposed Order # 2 Notice of Motion # 3 Certificate of Service # 4 Exhibit A − Loan Modification) (Fissel, Matthew) Modified on 12/1/2023 (Brown, Michael). NO CERTIFICATION SIGNED BY DEBTORS

Dated: 12/15/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court