| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

23-32260 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

VINCENT VALENTI
OLIVIA VALENTI

Case No: 23-16205-CMG

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CERTIFICATION OF VINCENT VALENTI AND OLIVIA VALENTI IN SUPPORT OF MOTION TO APPROVE LOAN MODIFICATION WITH RESPECT TO FREEDOM MORTGAGE CORPORATION

I, Vincent Valenti and Olivia Valenti (the "Debtor"), in the above-captioned Chapter 13 case, declare under penalty of perjury as follows:

1. I filed a Chapter 13 Petition (the "Petition") on July 20, 2023.

2. I currently have a mortgage with Freedom Mortgage Corporation ("Movant"). Movant holds a mortgage lien on our property commonly known as 510 Derose Lane, Freehold, NJ 07728.

3. I was offered the opportunity to cure the forborne payments through a Partial Claim. See Loan Modification attached hereto as Exhibit "A".

4. I accept the terms of this modification as I deem them to be a benefit.

I certify that the statements made by me are true and accurate and I realize that I am subject to punishment by law for any false statements.

Date: 12-19-23

*Vincent Valenti*
VINCENT VALENTI

*Olivia Valenti*
OLIVIA VALENTI