**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

54071
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.

Order Filed on January 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VINCENT VALENTI
OLIVIA VALENTI

Case No.: 23-16205 (CMG)

Hearing Date: 12-6-2023

Judge: CMG

## AMENDED ORDER FOR LEASE ASSUMPTION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 2, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Vincent and Olivia Valenti / 54071
23-16205 (CMG)
Amended Order Providing Lease Assumption

This matter having been brought on before this Court on objection to confirmation filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., and this order have been submitted to the court under the seven-day rule with no objections received as to the form or entry of same, and for good cause shown;

**ORDERED**:

1. That Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Santander"), is the owner and lessor of a 2017 Honda Accord bearing serial number 1C4RJFBGXLC440652, which vehicle has been leased by the debtor. The debtor has assumed this lease. Having assumed the lease, the debtor shall abide by all terms, covenants and conditions of the lease.

2. Pre-Petition lease arrears in the amount of $1,726.81 to be paid by the trustee through the debtor's chapter 13 plan.

3. The debtor shall pay all lease payments directly to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. when those payments fall due under the lease.

4. That the debtors shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Santander shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the Court and serving it upon the debtors and their attorney.

5. At the conclusion of the lease, the debtors shall either immediately purchase the vehicle or surrender it. If the debtors fail to purchase the vehicle, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. shall be permitted to immediately repossess and sell same in accordance with the terms of the lease without any application to this court. This paragraph shall be self executing in nature.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-16205-CMG
Vincent Valenti     Chapter 13
Olivia Valenti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jan 02, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 04, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | |

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8