

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-32260 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

**Order Filed on January 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

VINCENT VALENTI
OLIVIA VALENTI

Case No:  23-16205-CMG

Judge:  CHRISTINE M. GRAVELLE

Chapter:  13

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO PARTIAL CLAIM LOAN MODIFICATION
## <u>(CHAPTER 13)</u>

The relief set forth on the following pages, is **ORDERED**.

**DATED: January 3, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed the Motion for Authorization to Enter into Partial Claim Loan Modification Agreement filed on November 30, 2023, as to the first mortgage concerning real property located at 510 Derose Lane, Freehold, NJ 07728, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☒ The Debtor is authorized to enter into the Partial Claim Loan Modification.

1)      The loan modification must be fully executed no later than 14 days from the date of this order.  If it is not, the secured creditor, with 14 days thereafter, must file with the Court and serve on the Debtor, Debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed.  A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)      Upon the filing of the Certification required above, and absent a response from the Debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim.  Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3)      Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a *Modified Chapter 13 Plan and Motions* within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4)      Check one:

☒ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

☐ Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

☐ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5)    If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

☐ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*rev. 12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-16205-CMG

Vincent Valenti                                                                                    Chapter 13

Olivia Valenti

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                          Page 1 of 2

Date Rcvd: Jan 03, 2024                        Form ID: pdf903                                   Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | |

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8