UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

54071
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VINCENT VALENTI
OLIVIA VALENTI

Case No.: 23-16205 (CMG)

Adv. No.:

Hearing Date: 12-6-2023

Judge:  CMG

## AMENDED ORDER FOR LEASE ASSUMPTION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 18, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Vincent and Olivia Valenti / 54071
23-16205 (CMG)
Amended Order Providing Lease Assumption

This matter having been brought on before this Court on objection to confirmation filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., and this Order having been submitted to the Court under the seven-day rule with no objections received as to the form or entry of same, and for good cause shown;

**ORDERED**:

1. That Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Santander"), is the owner and lessor of a **2020 Jeep Grand Cherokee** bearing serial number 1C4RJFBGXLC440652, which vehicle has been leased by the Debtor(s). The Debtors have assumed this lease. Having assumed the lease, the Debtors shall abide by all terms, covenants and conditions of the lease.

2. Pre-Petition lease arrears in the amount of $1,726.81 to be paid by the Trustee through the Debtors' Chapter 13 Plan.

3. The Debtors shall pay all lease payments directly to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. when those payments fall due under the lease.

4. That the Debtors shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Santander shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the Court and serving it upon the Debtors and their attorney.

5. At the conclusion of the lease, the Debtors shall either immediately purchase the vehicle or surrender it. If the Debtors fail to purchase the vehicle, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. shall be permitted to immediately repossess and sell same in accordance with the terms of the lease without any application to this Court. This paragraph shall be self executing in nature.