| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-16205 / CMG**

Vincent Valenti
Olivia Valenti

Petition Filed Date: 07/20/2023
341 Hearing Date: 08/24/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/28/2023 | $676.00 | | 10/05/2023 | $672.00 | | 11/03/2023 | $672.00 | |
| 12/06/2023 | $672.00 | | 01/24/2024 | $672.00 | | | | |

**Total Receipts for the Period:  $3,364.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,364.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Vincent Valenti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq. | Attorney Fees | $3,365.00 | $0.00 | $3,365.00 |
| | | No Disbursements: No Check | | | |
| 1 | ACURA FINANCIAL SERVICES<br>»»  2022 ACURA LLX | Debt Secured by Vehicle | $155.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,672.90 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,274.46 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2020-2022 TAX PERIODS | Priority Creditors | $45,871.82 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2014-2019 TAX PERIODS & PENALTIES | Unsecured Creditors | $26,412.74 | $0.00 | $0.00 |
| 6 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $2,411.61 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A.<br>»»  2018 AUDI 3 | Debt Secured by Vehicle | $419.50 | $0.00 | $0.00 |
| 8 | SANTANDER CONSUMER USA INC dba<br>»»  LEASE 2020 JEEP GRAND CHEROKEE/ORDER 1/18/24 | Debt Secured by Vehicle | $1,726.81 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $19,953.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,367.10 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,967.91 | $0.00 | $0.00 |
| 12 | FREEDOM MORTGAGE CORPORATION<br>»»  P/510 DEROSE LN/1ST MTG/AMERIHOME/LOAN MOD ORD 1/3/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A.<br>»»  CITI MASTERCARD | Unsecured Creditors | $1,287.17 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,985.49 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-16205 / CMG**

| 15 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,255.39 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 16 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $4,899.25 | $0.00 | $0.00 |
| 17 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $75.44 | $0.00 | $0.00 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $23.60 | $0.00 | $0.00 |
| 19 | LENDINGCLUB BANK, NA | Unsecured Creditors | $26,930.36 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIA'S SECRET UPLCC | Unsecured Creditors | $2,276.68 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» UPGRADE, INC. ASSIGNEE OF CROSS RIVER BANK | Unsecured Creditors | $3,168.09 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» PAGAYA AI DEBT GRANTOR TRUST 2022-3 | Unsecured Creditors | $27,546.74 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE NA | Unsecured Creditors | $2,264.46 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB CORP | Unsecured Creditors | $21,365.34 | $0.00 | $0.00 |
| 25 | TD BANK USA NA | Unsecured Creditors | $2,186.38 | $0.00 | $0.00 |
| 26 | TD BANK USA NA | Unsecured Creditors | $3,716.10 | $0.00 | $0.00 |
| 27 | NJ DIVISION OF TAXATION<br>»» TGI 2020 | Priority Creditors | $7,474.60 | $0.00 | $0.00 |
| 28 | NJ DIVISION OF TAXATION<br>»» TGI 2018-2020 RF | Unsecured Creditors | $955.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,364.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $672.00 |
| Paid to Trustee: | $271.79 | Arrearages: | $668.00 |
| Funds on Hand: | $3,092.21 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

