Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16205−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent Valenti
510 DeRose Lane
Freehold, NJ 07728

Olivia Valenti
510 DeRose Lane
Freehold, NJ 07728

Social Security No.:
xxx−xx−1696

xxx−xx−1665

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:       3/6/24
Time:       10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 7, 2024
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-16205-CMG
Vincent Valenti  Chapter 13
Olivia Valenti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Feb 07, 2024    Form ID: 132    Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |
| 519976294 | + | ADSCOMENITYVICTORIA, PO Box 182789, Columbus OH 43218-2789 |
| 519976297 | + | Amerihome Mortgage Company LLC, 21300 Victory Blvd Suite 2, Woodland Hills CA 91367-2525 |
| 519976300 | + | CAP1WSI, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519976303 | | Chrysler Capital, PO Box 961275, Dallas TX 75266 |
| 519976316 | | Pottery, co Capital One, Po Box 4069, Carol Stream IL 601974069 |
| 519976317 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 520037017 | + | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101-2051 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 20:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2024 20:52:00 | Santander Consumer USA inc. dba Chrysler Capital a, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 519976295 | + | Email/Text: backoffice@affirm.com | Feb 07 2024 20:52:00 | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519980004 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 07 2024 20:51:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519979441 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 20:55:40 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520028126 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 20:55:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 21:06:12 | Best BuyCBNA, 50 Northwest Point Blvd, Elk Grove Vlg IL 600071032 |
| 519976299 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 07 2024 20:55:36 | Best Egg, 3419 Silverside Rd, Wilmington DE 198104801 |
| 520001344 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 07 2024 20:51:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Ewing, NJ 08618 |
| 519976301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 20:55:40 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519998905 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 20:55:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:51 | Citi CardsCitibank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 520006670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519976305 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenity BankPier 1, PO Box 182789, Columbus OH 43218-2789 |
| 519976307 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 20:50:00 | Discover Bank, PO Box 30939, Salt Lake City UT 84130-0939 |
| 519976306 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 20:50:00 | Discover Bank, PO Box BOX 30939, Salt Lake City UT 84130-0939 |
| 519981355 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519976308 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 20:51:00 | FNB OMAHA, PO Box 3412, Omaha NE 68197 |
| 519987309 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 20:51:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520042768 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 20:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 520042769 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 20:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 519976309 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2024 20:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519976310 | | Email/Text: mail@jjenkinslawgroup.com | Feb 07 2024 20:51:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519976302 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 20:55:47 | Chase Bank, 340 S Cleveland Ave Bldg 370, Westerville OH 430818917 |
| 519976311 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 20:55:36 | JPMCB, PO Box 901003, Fort Worth TX 76101 |
| 519976312 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 20:55:30 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519993203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 20:55:39 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519998222 | + | Email/Text: RASEBN@raslg.com | Feb 07 2024 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520022849 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 20:55:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976313 | + | Email/Text: Documentfiling@lciinc.com | Feb 07 2024 20:50:00 | Lending Club, 595 Market St Suite 200, San Francisco CA 94105-2802 |
| 519976314 | + | Email/Text: Documentfiling@lciinc.com | Feb 07 2024 20:50:00 | Lending Club Corp, PO Box 884268, Los Angeles CA 90088-4268 |
| 520028129 | + | Email/Text: Documentfiling@lciinc.com | Feb 07 2024 20:50:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520029725 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, |

Case 23-16205-CMG    Doc 42    Filed 02/09/24    Entered 02/10/24 00:18:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 132 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 520035140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2024 20:55:50 | | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520036735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2024 20:55:32 | | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, POB 41067, Norfolk VA 23541 |
| 519976315 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 07 2024 20:55:31 | | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520029073 | | Email/Text: bnc-quantum@quantum3group.com Feb 07 2024 20:51:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520029080 | | Email/Text: bnc-quantum@quantum3group.com Feb 07 2024 20:51:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520044885 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Feb 07 2024 20:50:00 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519993344 | + | Email/Text: enotifications@santanderconsumerusa.com Feb 07 2024 20:52:00 | | Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer, for CCAP Auto Lease Ltd., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519976318 | ^ | MEBN Feb 07 2024 20:43:57 | | TD Bank NA, PO Box 1448, Greenville SC 29602-1448 |
| 519976319 | + | Email/Text: bncmail@w-legal.com Feb 07 2024 20:51:00 | | TD Bank USATarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976320 | + | Email/Text: bncmail@w-legal.com Feb 07 2024 20:51:00 | | TD BankTarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976321 | | Email/Text: bknotice@upgrade.com Feb 07 2024 20:50:00 | | Upgrade Inc, 2 N Central Avenue 10th Floor, Phoenix AZ 85004 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519976296 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington DE 19808 |
| 519979442 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024         Signature:    /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Feb 07, 2024 | Form ID: 132 | Total Noticed: 54

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8