Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16205−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent Valenti                              Olivia Valenti
   510 DeRose Lane                      510 DeRose Lane
   Freehold, NJ 07728                  Freehold, NJ 07728

Social Security No.:
   xxx−xx−1696                                 xxx−xx−1665

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 7, 2024.

   On March 27, 2024 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            May 1, 2024
Time:           10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 27, 2024
JAN: wdr

                                                                                        Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Vincent Valenti  
Olivia Valenti  
    Debtors

Case No. 23-16205-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Mar 27, 2024     Form ID: 185     Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |
| cr | + | Santander Consumer USA inc. dba Chrysler Capital a, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 519976294 | + | ADSCOMENITYVICTORIA, PO Box 182789, Columbus OH 43218-2789 |
| 519976297 | + | Amerihome Mortgage Company LLC, 21300 Victory Blvd Suite 2, Woodland Hills CA 91367-2525 |
| 519976300 | + | CAP1WSI, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519976303 | | Chrysler Capital, PO Box 961275, Dallas TX 75266 |
| 519976316 | | Pottery, co Capital One, Po Box 4069, Carol Stream IL 601974069 |
| 519976317 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2024 21:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519976295 | + | Email/Text: backoffice@affirm.com | Mar 27 2024 21:01:00 | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519980004 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2024 21:01:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519979441 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 21:14:11 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520028126 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 21:03:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 21:03:18 | Best BuyCBNA, 50 Northwest Point Blvd, Elk Grove Vlg IL 600071032 |
| 519976299 | | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 27 2024 21:03:04 | Best Egg, 3419 Silverside Rd, Wilmington DE 198104801 |
| 520001344 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 27 2024 21:00:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519976301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 21:03:02 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |

Case 23-16205-CMG    Doc 52    Filed 03/29/24    Entered 03/30/24 00:14:36    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: 185 | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519998905 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 21:14:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 21:03:20 | Citi CardsCitibank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 520006670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 21:03:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519976305 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 21:01:00 | Comenity BankPier 1, PO Box 182789, Columbus OH 43218-2789 |
| 519976307 | + | Email/Text: mrdiscen@discover.com | Mar 27 2024 21:00:00 | Discover Bank, PO Box 30939, Salt Lake City UT 84130-0939 |
| 519976306 | + | Email/Text: mrdiscen@discover.com | Mar 27 2024 21:00:00 | Discover Bank, PO Box BOX 30939, Salt Lake City UT 84130-0939 |
| 519981355 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 21:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519976308 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 21:00:00 | FNB OMAHA, PO Box 3412, Omaha NE 68197 |
| 519987309 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 21:00:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520203649 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2024 21:00:00 | Freedom Mortgage /, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 520042768 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2024 21:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 520042769 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2024 21:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 519976309 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 21:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519976310 | | Email/Text: mail@jjenkinslawgroup.com | Mar 27 2024 21:01:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519976302 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 21:03:02 | Chase Bank, 340 S Cleveland Ave Bldg 370, Westerville OH 430818917 |
| 519976311 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 21:14:07 | JPMCB, PO Box 901003, Fort Worth TX 76101 |
| 519976312 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 21:03:15 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519993203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 21:03:01 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519998222 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520022849 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 21:03:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976313 | + | Email/Text: Documentfiling@lciinc.com | Mar 27 2024 21:00:00 | Lending Club, 595 Market St Suite 200, San Francisco CA 94105-2802 |
| 519976314 | + | Email/Text: Documentfiling@lciinc.com | Mar 27 2024 21:00:00 | Lending Club Corp, PO Box 884268, Los Angeles CA 90088-4268 |
| 520028129 | + | Email/Text: Documentfiling@lciinc.com | Mar 27 2024 21:00:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520029725 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 21:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

Case 23-16205-CMG    Doc 52    Filed 03/29/24    Entered 03/30/24 00:14:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: 185 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520035140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 21:03:20 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520036735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 21:13:56 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, POB 41067, Norfolk VA 23541 |
| 519976315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 21:03:00 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520029073 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 21:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520029080 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 21:01:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520044885 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2024 21:00:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519993344 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 27 2024 21:01:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer, for CCAP Auto Lease Ltd., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520037017 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 21:01:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101-2051 |
| 519976318 | ^ | MEBN | Mar 27 2024 20:56:56 | TD Bank NA, PO Box 1448, Greenville SC 29602-1448 |
| 519976319 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 21:01:00 | TD Bank USATarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976320 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 21:01:00 | TD BankTarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976321 | | Email/Text: bknotice@upgrade.com | Mar 27 2024 20:59:00 | Upgrade Inc, 2 N Central Avenue 10th Floor, Phoenix AZ 85004 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519976296 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington DE 19808 |
| 519979442 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8