Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16205−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent Valenti | Olivia Valenti |
| 510 DeRose Lane | 510 DeRose Lane |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
xxx−xx−1696                                                       xxx−xx−1665

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 7, 2024.

On May 1,2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           June 5, 2024
Time:          10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 2, 2024
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent Valenti  
Olivia Valenti  
    Debtors

Case No. 23-16205-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4  
Date Rcvd: May 02, 2024    Form ID: 185    Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |
| cr | + | Santander Consumer USA inc. dba Chrysler Capital a, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 519976294 | + | ADSCOMENITYVICTORIA, PO Box 182789, Columbus OH 43218-2789 |
| 519976297 | + | Amerihome Mortgage Company LLC, 21300 Victory Blvd Suite 2, Woodland Hills CA 91367-2525 |
| 519976300 | + | CAP1WSI, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519976303 | | Chrysler Capital, PO Box 961275, Dallas TX 75266 |
| 519976316 | | Pottery, co Capital One, Po Box 4069, Carol Stream IL 601974069 |
| 519976317 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 520037017 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519976295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 02 2024 20:45:58 | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519980004 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 02 2024 20:44:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519979441 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2024 20:45:54 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520028126 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 20:46:46 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2024 20:56:59 | Best BuyCBNA, 50 Northwest Point Blvd, Elk Grove Vlg IL 600071032 |
| 519976299 | | Email/PDF: MarletteBKNotifications@resurgent.com | May 02 2024 20:46:16 | Best Egg, 3419 Silverside Rd, Wilmington DE 198104801 |
| 520001344 | | Email/Text: BKelectronicnotices@cenlar.com | May 02 2024 20:43:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519976301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2024 20:57:08 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519998905 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2024 20:46:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2024 20:46:46 | Citi CardsCitibank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 520006670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2024 20:57:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519976305 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2024 20:44:00 | Comenity BankPier 1, PO Box 182789, Columbus OH 43218-2789 |
| 519976307 | + | Email/Text: mrdiscen@discover.com | May 02 2024 20:42:00 | Discover Bank, PO Box 30939, Salt Lake City UT 84130-0939 |
| 519976306 | + | Email/Text: mrdiscen@discover.com | May 02 2024 20:42:00 | Discover Bank, PO Box BOX 30939, Salt Lake City UT 84130-0939 |
| 519981355 | | Email/Text: mrdiscen@discover.com | May 02 2024 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519976308 | | Email/Text: collecadminbankruptcy@fnni.com | May 02 2024 20:43:00 | FNB OMAHA, PO Box 3412, Omaha NE 68197 |
| 519987309 | | Email/Text: collecadminbankruptcy@fnni.com | May 02 2024 20:43:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520203649 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage /, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 520042768 | | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 520042769 | | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 519976309 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2024 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519976310 | | Email/Text: mail@jjenkinslawgroup.com | May 02 2024 20:43:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519976302 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:46:19 | Chase Bank, 340 S Cleveland Ave Bldg 370, Westerville OH 430818917 |
| 519976311 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:46:16 | JPMCB, PO Box 901003, Fort Worth TX 76101 |
| 519976312 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:56:59 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519993203 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:46:16 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519998222 | + | Email/Text: RASEBN@raslg.com | May 02 2024 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520022849 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 20:57:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976313 | + | Email/Text: Documentfiling@lciinc.com | May 02 2024 20:42:00 | Lending Club, 595 Market St Suite 200, San Francisco CA 94105-2802 |
| 519976314 | + | Email/Text: Documentfiling@lciinc.com | May 02 2024 20:42:00 | Lending Club Corp, PO Box 884268, Los Angeles CA 90088-4268 |
| 520028129 | + | Email/Text: Documentfiling@lciinc.com | May 02 2024 20:43:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |

Case 23-16205-CMG   Doc 57   Filed 05/04/24   Entered 05/05/24 00:15:18   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: 185 | Total Noticed: 55 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520029725 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2024 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520035140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2024 20:45:54 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520036735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2024 20:46:26 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, POB 41067, Norfolk VA 23541 |
| 519976315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2024 20:46:49 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520029073 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2024 20:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520029080 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2024 20:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520044885 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 02 2024 20:43:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519993344 | + | Email/Text: enotifications@santanderconsumerusa.com | May 02 2024 20:45:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer, for CCAP Auto Lease Ltd., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520037017 | | Email/Text: bncmail@w-legal.com | May 02 2024 20:44:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519976318 | ^ | MEBN | May 02 2024 20:34:40 | TD Bank NA, PO Box 1448, Greenville SC 29602-1448 |
| 519976319 | + | Email/Text: bncmail@w-legal.com | May 02 2024 20:44:00 | TD Bank USATarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976320 | + | Email/Text: bncmail@w-legal.com | May 02 2024 20:44:00 | TD BankTarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976321 | | Email/Text: bknotice@upgrade.com | May 02 2024 20:42:00 | Upgrade Inc, 2 N Central Avenue 10th Floor, Phoenix AZ 85004 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519976296 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington DE 19808 |
| 519979442 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2024          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8