**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

 0   Valuation of Security       0   Assumption of Executory Contract or unexpired Lease      0   Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Vincent Valenti  
Olivia Valenti  

      Debtor(s)

Case No.: 23-16205

Judge: CMG

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 5/1/24  
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: /s/ JEJ    Initial Debtor: /s/ VV    Initial Co-Debtor: /s/ OV

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ _____*_____ monthly for _____ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) :

b. The debtor shall make plan payments to the Trustee from the following sources:

　☒　Future earnings

　☐　Other sources of funding (describe source, amount and date when funds are available):

$4,708.00 paid through 5/1/24. Then Debtors shall pay $1,125 per month for 51 remaining months. (60 total.)

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering real property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

☒ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: __/s/ VV__  Initial Co-Debtor: __/s/ OV__

**Part 2: Adequate Protection**   ☒ NONE

    a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

    b. Adequate protection payments will be made in the amount of $_____to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3365 |
| DOMESTIC SUPPORT OBLIGATION | | |
| INTERNAL REVENUE SERVICE | TAXES | $45,872 |
| STATE OF NEW JERSEY | TAXES | $7,475 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
    Check one:
    ☒ None
    ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Chase | 2018 Audi | $420 | -- | $420 | AS DUE |

    **c.  Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

    **d.  Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Santander Consumer | 2022 Jeep Cherokee | unknown | unknown |

*Lease expired, Debtors returned the vehicle

f. **Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| Amerihome Mortgage | Mortgage company gave debtors a loan modification that is now court approved. No mortgage arrears will be paid through the plan |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 5:    Unsecured Claims    ☐ NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0             to be distributed *pro rata*

☐ Not less than             percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases    ☐ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| American Honda Finance | N/A | Vehicle lease for 2022 Acura ILX | Assumed | AS DUE |

**Part 7:    Motions**  ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

   **a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

   **b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.** ☒ **NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) secured creditors
3) priority creditors
4) unsecured creditors
5) 
6) 

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified:  5/1/24                              .

> Explain below **why** the plan is being modified:
> 1. To surrender the vehicle secured by Santander Consumer as the lease expired.
> 2. To pay arrears to Chase for the 2018 Audi
> 3. Assume lease with American Honda Finance for 2022 Acura ILX
> 4. Correct the order of distribution

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: 5/1/24                                      /s/ Vincent Valenti
                                                  Debtor

Date: 5/1/24                                      /s/ Olivia Valenti
                                                  Joint Debtor

Date: 5/1/24                                      /s/ Jeffrey E. Jenkins
                                                  Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16205-CMG |
| Vincent Valenti | Chapter 13 |
| Olivia Valenti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 02, 2024 | Form ID: pdf901 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |
| cr | + | Santander Consumer USA inc. dba Chrysler Capital a, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 519976294 | + | ADSCOMENITYVICTORIA, PO Box 182789, Columbus OH 43218-2789 |
| 519976297 | + | Amerihome Mortgage Company LLC, 21300 Victory Blvd Suite 2, Woodland Hills CA 91367-2525 |
| 519976300 | + | CAP1WSI, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519976303 | | Chrysler Capital, PO Box 961275, Dallas TX 75266 |
| 519976316 | | Pottery, co Capital One, Po Box 4069, Carol Stream IL 601974069 |
| 519976317 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 520037017 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519976295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 02 2024 20:46:26 | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519980004 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 02 2024 20:44:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519979441 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2024 20:57:10 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520028126 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 20:46:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2024 20:57:40 | Best BuyCBNA, 50 Northwest Point Blvd, Elk Grove Vlg IL 600071032 |
| 519976299 | | Email/PDF: MarletteBKNotifications@resurgent.com | May 02 2024 20:46:24 | Best Egg, 3419 Silverside Rd, Wilmington DE 198104801 |
| 520001344 | | Email/Text: BKelectronicnotices@cenlar.com | May 02 2024 20:43:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

Case 23-16205-CMG   Doc 58   Filed 05/04/24   Entered 05/05/24 00:15:18   Desc Imaged
Certificate of Notice   Page 13 of 15

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 4 |
| Date Rcvd: May 02, 2024 | Form ID: pdf901 | | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 519976301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2024 20:46:39 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519998905 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2024 20:57:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2024 20:57:33 | Citi CardsCitibank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 520006670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2024 21:08:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519976305 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2024 20:44:00 | Comenity BankPier 1, PO Box 182789, Columbus OH 43218-2789 |
| 519976307 | + | Email/Text: mrdiscen@discover.com | May 02 2024 20:42:00 | Discover Bank, PO Box 30939, Salt Lake City UT 84130-0939 |
| 519976306 | + | Email/Text: mrdiscen@discover.com | May 02 2024 20:42:00 | Discover Bank, PO Box BOX 30939, Salt Lake City UT 84130-0939 |
| 519981355 | | Email/Text: mrdiscen@discover.com | May 02 2024 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519976308 | | Email/Text: collecadminbankruptcy@fnni.com | May 02 2024 20:43:00 | FNB OMAHA, PO Box 3412, Omaha NE 68197 |
| 519987309 | | Email/Text: collecadminbankruptcy@fnni.com | May 02 2024 20:43:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520203649 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage /, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 520042768 | | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 520042769 | | Email/Text: Bankruptcy@Freedommortgage.com | May 02 2024 20:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 519976309 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2024 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519976310 | | Email/Text: mail@jjenkinslawgroup.com | May 02 2024 20:43:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519976302 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:46:48 | Chase Bank, 340 S Cleveland Ave Bldg 370, Westerville OH 430818917 |
| 519976311 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 21:08:09 | JPMCB, PO Box 901003, Fort Worth TX 76101 |
| 519976312 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:45:54 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519993203 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2024 20:46:40 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519998222 | + | Email/Text: RASEBN@raslg.com | May 02 2024 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520022849 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 21:07:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976313 | + | Email/Text: Documentfiling@lciinc.com | May 02 2024 20:43:00 | Lending Club, 595 Market St Suite 200, San Francisco CA 94105-2802 |
| 519976314 | + | Email/Text: Documentfiling@lciinc.com | May 02 2024 20:43:00 | Lending Club Corp, PO Box 884268, Los Angeles CA 90088-4268 |
| 520028129 | + | Email/Text: Documentfiling@lciinc.com | May 02 2024 20:43:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520029725 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2024 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520035140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2024 20:46:26 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520036735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2024 20:46:42 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, POB 41067, Norfolk VA 23541 |
| 519976315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2024 20:46:38 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520029073 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2024 20:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520029080 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2024 20:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520044885 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 02 2024 20:43:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519993344 | + | Email/Text: enotifications@santanderconsumerusa.com | May 02 2024 20:45:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer, for CCAP Auto Lease Ltd., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520037017 | | Email/Text: bncmail@w-legal.com | May 02 2024 20:44:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519976318 | ^ | MEBN | May 02 2024 20:34:42 | TD Bank NA, PO Box 1448, Greenville SC 29602-1448 |
| 519976319 | + | Email/Text: bncmail@w-legal.com | May 02 2024 20:44:00 | TD Bank USATarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976320 | + | Email/Text: bncmail@w-legal.com | May 02 2024 20:44:00 | TD BankTarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976321 | | Email/Text: bknotice@upgrade.com | May 02 2024 20:42:00 | Upgrade Inc, 2 N Central Avenue 10th Floor, Phoenix AZ 85004 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519976296 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington DE 19808 |
| 519979442 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: May 02, 2024 | Form ID: pdf901 | Total Noticed: 55 |

Date: May 04, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey E. Jenkins
on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

Matthew K. Fissel
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 8