Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16205−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent Valenti
510 DeRose Lane
Freehold, NJ 07728

Olivia Valenti
510 DeRose Lane
Freehold, NJ 07728

Social Security No.:
xxx−xx−1696

xxx−xx−1665

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on March 20, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 20, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 23-16205-CMG

Vincent Valenti                                                                                                  Chapter 13

Olivia Valenti

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                         User: admin                                            Page 1 of 4

Date Rcvd: Mar 20, 2025                            Form ID: 148                                         Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Valenti, Olivia Valenti, 510 DeRose Lane, Freehold, NJ 07728-9234 |
| cr | + | Santander Consumer USA inc. dba Chrysler Capital a, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 519976294 | + | ADSCOMENITYVICTORIA, PO Box 182789, Columbus OH 43218-2789 |
| 519976297 | + | Amerihome Mortgage Company LLC, 21300 Victory Blvd Suite 2, Woodland Hills CA 91367-2525 |
| 519976300 | + | CAP1WSI, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519976303 | | Chrysler Capital, PO Box 961275, Dallas TX 75266 |
| 519976316 | | Pottery, co Capital One, Po Box 4069, Carol Stream IL 601974069 |
| 519976317 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 20:44:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Buliding 4, Fishers, IN 46037-7939 |
| 519976295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 20 2025 21:03:37 | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519976296 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 21:15:32 | American Honda Finance, 201 Little Falls Drive, Wilmington DE 19808 |
| 519980004 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 20 2025 20:45:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519979441 | + | EDI: AISACG.COM | Mar 21 2025 00:29:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520028126 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 20:53:23 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976298 | | EDI: CITICORP | Mar 21 2025 00:29:00 | Best BuyCBNA, 50 Northwest Point Blvd, Elk Grove Vlg IL 600071032 |
| 519976299 | | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 20 2025 20:52:13 | Best Egg, 3419 Silverside Rd, Wilmington DE 198104801 |
| 520001344 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 20 2025 20:44:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519976301 | + | EDI: CAPITALONE.COM | Mar 21 2025 00:29:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519998905 | + EDI: AIS.COM | Mar 21 2025 00:29:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976302 | EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | Chase Bank, 340 S Cleveland Ave Bldg 370, Westerville OH 430818917 |
| 519976304 | + EDI: CITICORP | Mar 21 2025 00:29:00 | Citi CardsCitibank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 520006670 | EDI: CITICORP | Mar 21 2025 00:29:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519976305 | + EDI: WFNNB.COM | Mar 21 2025 00:29:00 | Comenity BankPier 1, PO Box 182789, Columbus OH 43218-2789 |
| 519976307 | + EDI: DISCOVER | Mar 21 2025 00:29:00 | Discover Bank, PO Box 30939, Salt Lake City UT 84130-0939 |
| 519976306 | + EDI: DISCOVER | Mar 21 2025 00:29:00 | Discover Bank, PO Box BOX 30939, Salt Lake City UT 84130-0939 |
| 519981355 | EDI: DISCOVER | Mar 21 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519976308 | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2025 20:44:00 | FNB OMAHA, PO Box 3412, Omaha NE 68197 |
| 519987309 | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2025 20:44:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520203649 | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 20:44:00 | Freedom Mortgage, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 520042768 | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 20:44:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 519976309 | + EDI: IRS.COM | Mar 21 2025 00:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519976310 | Email/Text: mail@jjenkinslawgroup.com | Mar 20 2025 20:44:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519976311 | + EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | JPMCB, PO Box 901003, Fort Worth TX 76101-2003 |
| 519976312 | + EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850-5369 |
| 519993203 | EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519998222 | + Email/Text: RASEBN@raslg.com | Mar 20 2025 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520022849 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 21:03:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976313 | + EDI: LENDNGCLUB | Mar 21 2025 00:29:00 | Lending Club, 595 Market St Suite 200, San Francisco CA 94105-2802 |
| 519976314 | + EDI: LENDNGCLUB | Mar 21 2025 00:29:00 | Lending Club Corp, PO Box 884268, Los Angeles CA 90088-4268 |
| 520028129 | + EDI: LENDNGCLUB | Mar 21 2025 00:29:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520029725 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2025 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520035140 | EDI: PRA.COM | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |

Case 23-16205-CMG    Doc 73    Filed 03/22/25    Entered 03/23/25 00:16:58    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 148 | Total Noticed: 55 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520036735 | | EDI: PRA.COM | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, POB 41067, Norfolk VA 23541 |
| 519976315 | + | EDI: SYNC | Mar 21 2025 00:29:00 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520029073 | | EDI: Q3G.COM | Mar 21 2025 00:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520029080 | | EDI: Q3G.COM | Mar 21 2025 00:29:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520044885 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 20 2025 20:43:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519993344 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2025 20:46:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital as servicer, for CCAP Auto Lease Ltd., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520037017 | | Email/Text: bncmail@w-legal.com | Mar 20 2025 20:44:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519976318 | + | EDI: TDBANKNORTH.COM | Mar 21 2025 00:29:00 | TD Bank NA, PO Box 1448, Greenville SC 29602-1448 |
| 519976319 | + | EDI: WTRRNBANK.COM | Mar 21 2025 00:29:00 | TD Bank USATarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976320 | + | EDI: WTRRNBANK.COM | Mar 21 2025 00:29:00 | TD BankTarget Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 519976321 | | Email/Text: bknotice@upgrade.com | Mar 20 2025 20:43:00 | Upgrade Inc, 2 N Central Avenue 10th Floor, Phoenix AZ 85004 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519979442 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520042769 | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 148 | Total Noticed: 55 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Vincent Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Olivia Valenti mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8