Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23–16205–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent Valenti | Olivia Valenti |
| 510 DeRose Lane | 510 DeRose Lane |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
   xxx–xx–1696                                     xxx–xx–1665

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 27, 2025</u>                    <u>Christine M. Gravelle</u>
                                    Judge, United States Bankruptcy Court